IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORLOCK, L.L.C. § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> REGINALD PETTEWAY AND THE § <br> BANK OF NEW YORK MELLON, § <br> TRUSTEE § <br> *Defendants.* § | Civil Action No. 4:21-cv-03202 |

## FINAL JUDGMENT

On September 23, 2024, the Court issued a Memorandum and Opinion in which the Court granted Plaintiff Morlock, L.L.C.'s Motion For Summary Judgment (Dkt. No. 17) and denied Defendant The Bank of New York – Mellon, FKA The Bank of New York, as Trustee For the Certificateholders of the SWABS, Inc., Asset – Backed Certificate Series 2006-08's ("BONY") Motion For Summary Judgment (Dkt. No. 20). Based on the Memorandum and Opinion it is:

1. ORDERED, ADJUDGED and DECREED that Plaintiff Morlock, L.L.C.'s Motion for Summary Judgment (Dkt. No. 17) is GRANTED;

2. ORDERED, ADJUDGED AND DECREED that BONY's Motion For Summary Judgment (Dkt. No. 20) is DENIED;

3. ORDERED, ADJUDGED, DECLARED and DECREED that Morlock, L.L.C., is granted a judgment for title and possession of the real property (the "Property") located at 14431 Daly Drive, Houston, Texas 77077 which is described as:

> LOT FIFTEEN (15), IN BLOCK THREE (3) OF TERRACES ON
> MEMORIAL AN ADDITION IN HARRIS COUNTY, TEXAS
> ACCORDING TO THE MAP OR PLAT THEREOF RECORDED
> UNDER FILM CODE NO. 582199 OF THE MAP RECORDS OF

HARRIS COUNTY, TEXAS ALSO KNOWN AS 19431 DALY DRIVE, HOUSTON, TEXAS 77041.

4. ORDERED, ADJUDGED, DECLARED and DECREED that all liens of Defendant, The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificate Series 2006-08, on the Property, including the Deed of Trust dated July 26, 2006, filed for record under County Clerk's File No. Z485809 in the Official Public Records of Harris County, Texas, are hereby declared VOID and are STRICKEN as a clouds on Plaintiff Morlock's L.L.C.'s title to the Property;

5. ORDERED, ADJUDGED, DECLARED and DECREED that Plaintiff, Morlock, L.L.C. is the owner of the Property, free and clear of any liens held by Defendant The Bank of New York Mellon, Trustee, FKA the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificate Series 2006-08;

6. ORDERED, ADJUDGED and DECREED that Counterplaintiff The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders of the CWABS Asset-Backed Certificate Series 2006-08 take nothing on its Counterclaim against Counterdefendant Morlock, L.L.C.;

7. ORDERED that all claims asserted against Defendant Reginald Petteway are DISMISSED;

8. ORDERED that the Clerk of the Court return the cash bond in the sum of $3,000.00 for the Temporary Restraining Order (Dkt. No. 16) signed by the Court on June 5, 2023, to Morlock, L.L.C, and that the Clerk execute a check from the Court Registry payable to Morlock, L.L.C., and deliver the check to its attorney Jerry L. Schutza, 808 Travis St., Ste. 1005, Houston, Texas 77002.

9. ORDERED that each party shall pay its own attorney's fees;

10. ORDERED, ADJUDGED and DECREED that all costs shall be paid by the party incurring the cost; and

11. ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

This judgment finally disposes of all parties and all claims and is appealable.

A certified copy of this judgment may be recorded in the Official Public Records of Real Property of Harris County, Texas.

Executed on this ___ day of _____, 2024


_____
HONORABLE DREW B. TIPTON
U.S. DISTRICT JUDGE

APPROVED:

By: */s/ Jerry L. Schutza*
Jerry L. Schutza
SBN: 17853800
808 Travis St., Ste. 1005
Houston, Texas 77002
Telephone: (713) 963-9988
Email: schutzalaw@yahoo.com

**ATTORNEY FOR PLAINTIFF**
**MORLOCK, L.L.C.**

APPROVED AS TO FORM ONLY:

By: */s/ Michael Weems*
Michael Weems
Hughes Waters Askanase, LLP
SBN: 24006728
1201 Louisiana 28th Floor
Houston, Texas 77002
Telephone: (713) 328-2848
Email: mlw@hwa.com

**ATTORNEY FOR DEFENDANT**
**THE BANK OF NEW YORK MELLON, TRUSTEE**